| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Andrew Thomas Keeley, III. |
| **Debtor 2** (Spouse, if filing) | Donna Marie Keeley |
| United States Bankruptcy Court for the: | Western District of Tennessee (State) |
| Case number | 18-24168 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no. (if known):** 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 0792

**Property Address:** 7842 Ivy Lake Lane
Number       Street
Bartlett, TN 38133
City       State   Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 5/1/22-8/1/22 4@1,567.85         (a) $ 6,271.40
b. Total fees, charges, expenses, escrow, and cost outstanding: filed PPFN 11/13/2018    + (b) $ 900.00
c. **Total**. Add lines a and b.         (c) $ 7,171.40

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   05 / 01/ 2022
MM/ DD /YYYY

Less Suspense -296.73
Total Due= 6,874.67

---

Official Form 4100R       **Response to Notice of Final Cure Payment**       Page 1

| Debtor 1 | Andrew Thomas Keeley, III. | Case Number (if known) | 18-24168 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Anne Marie Throne            Date 08/09/2022
    Signature

Print: Anne Marie Throne,        Bar No. TNBPR 036224    Title   Bankruptcy Attorney
       First name  Middle Name  Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3550 Engineering Drive, Suite 260
         Number    Street

         Peachtree Corners, GA 30092
         City    State   Zip Code

Contact phone: 404-474-7149        Email: athrone@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Andrew Thomas Keeley, III.
7842 Ivy Lake Lane
Bartlett, TN 38133

Donna Marie Keeley
7842 Ivy Lake Lane
Bartlett, TN 38133

**Via CM/ECF electronic service:**
B David Sweeney
The Sweeney Law Firm, P.C.
P.O. Box 341698
Bartlett, TN 38134

George W Stevenson Chapter 13
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697

Dated: August 9, 2022

    Respectfully submitted,

    By: /s/ Anne Marie Throne
    Anne Marie Throne
    TNBPR 036224

    MCMICHAEL TAYLOR GRAY, LLC
    Attorney for Creditor
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 404-474-7149
    Facsimile: 404-745-8121
    E-mail: athrone@mtglaw.com
    MTG File No.: 22-002337-01

**RUSHMORE LOAN MANAGEMENT SERVICES**

| | | | |
|---|---|---|---|
| PPFN | $250.00 | | |
| PPFN | $650.00 | | |
| 11/13/18 | | | |
| | See BNKO | | |

### PAYMENT CHANGES (CLAIM 12)

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 04/01/18 | 921.08 | 512.18 | 1,433.26 | Payment listed in POC |
| 06/01/18 | 921.08 | 487.42 | 1,408.50 | Payment listed in POC |
| 05/01/19 | 921.08 | 495.83 | 1,416.91 | NOPC filed with the court |
| 05/01/20 | 921.08 | 510.94 | 1,432.02 | NOPC filed with the court |
| 05/01/21 | 921.08 | 595.88 | 1,516.96 | NOPC filed with the court |
| 05/01/22 | 921.08 | 646.77 | 1,567.85 | NOPC filed with the court |
| | | | 0.00 | |

See EA

### Loan Information

| Field | Value |
|---|---|
| Loan# | [redacted] |
| Borrower: | Andrew Keeley |
| Date Filed: | 5/17/2018 |
| BK Case # | 18-24168 |
| First Post Petition Due Date: | 6/1/2018 |
| POC covers: | 4/1/18 - 5/1/18 |
| MOD EFFECTIVE DATE: | N/A |

### Payment History

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $36.84 | $0.00 | | |
| 9/14/2018 | $1,408.50 | Post | 6/1/18 | 4/1/18 | $1,408.50 | $0.00 | | | $0.00 | | | | $36.84 | $0.00 | | |
| 9/14/2018 | | Pre | | | | $0.00 | | | $0.00 | | $488.00 | | $524.84 | $488.00 | | |
| 10/19/2018 | $1,408.50 | Post | 7/1/18 | 5/1/18 | $1,408.50 | $0.00 | | | $0.00 | | | | $524.84 | $488.00 | | |
| 10/19/2018 | | Pre | | | | $0.00 | | | $0.00 | | $122.00 | | $646.84 | $610.00 | | |
| 11/15/2018 | $1,408.50 | Post | 8/1/18 | 6/1/18 | $1,408.50 | $0.00 | | | $0.00 | | | | $646.84 | $610.00 | | |
| 11/15/2018 | | Pre | | | | $0.00 | | | $0.00 | | $122.00 | | $768.84 | $732.00 | | |
| 12/18/2018 | $1,408.50 | Post | 9/1/18 | 7/1/18 | $1,408.50 | $0.00 | | | $0.00 | | | | $768.84 | $732.00 | | |
| 12/18/2018 | | Pre | | | | $0.00 | | | $0.00 | | $244.00 | | $1,012.84 | $976.00 | | |
| 1/16/2019 | $1,408.50 | Post | 10/1/18 | 8/1/18 | $1,408.50 | $0.00 | | | $0.00 | | | | $1,012.84 | $976.00 | | |
| 1/16/2019 | | Pre | | | | $0.00 | | | $0.00 | | $122.00 | | $1,134.84 | $1,098.00 | | |
| 3/14/2019 | $1,408.50 | Post | 11/1/18 | 9/1/18 | $1,408.50 | $0.00 | | | $0.00 | | | | $1,134.84 | $1,098.00 | | |
| 4/18/2019 | $2,817.00 | Post | 12/1/18 | 10/1/18 | $1,408.50 | $1,408.50 | $1,408.50 | | $1,408.50 | | | | $1,134.84 | $1,098.00 | | |
| | | Post | 1/1/19 | 11/1/18 | $1,408.50 | -$1,408.50 | | $1,408.50 | $0.00 | | | | $1,134.84 | $1,098.00 | | |
| 5/15/2019 | $1,416.91 | Post | 2/1/19 | 12/1/18 | $1,408.50 | $8.41 | $8.41 | | $8.41 | | | | $1,134.84 | $1,098.00 | | |
| 5/15/2019 | | Pre | | | | $0.00 | | | $8.41 | | $122.00 | | $1,256.84 | $1,220.00 | | |
| 6/14/2019 | $1,416.91 | Post | 3/1/19 | 1/1/19 | $1,408.50 | $8.41 | | | $16.82 | | | | $1,256.84 | $1,220.00 | | |
| 6/14/2019 | | Pre | | | | $0.00 | | | $16.82 | | $122.00 | | $1,378.84 | $1,342.00 | | |
| 7/30/2019 | $1,416.91 | Post | 4/1/19 | 2/1/19 | $1,408.50 | $8.41 | $8.41 | | $25.23 | | | | $1,378.84 | $1,342.00 | | |
| 7/30/2019 | | Pre | Pre-Petition Pmt Applied | 3/1/19 | | $0.00 | | | $25.23 | 4/1/2018 | $366.00 | $1,433.26 | $311.58 | $1,708.00 | $512.18 | |
| 8/13/2019 | $1,416.91 | Post | 5/1/19 | 4/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $311.58 | $1,708.00 | | |
| 8/13/2019 | | Pre | | | | $0.00 | | | $25.23 | | $122.00 | | $433.58 | $1,830.00 | | |
| 9/14/2019 | $1,416.91 | Post | 6/1/19 | 5/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $433.58 | $1,830.00 | | |
| 9/14/2019 | | Pre | | | | $0.00 | | | $25.23 | | $122.00 | | $555.58 | $1,952.00 | | |
| 10/16/2019 | $1,416.91 | Post | 7/1/19 | 6/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $555.58 | $1,952.00 | | |
| 10/16/2019 | | Pre | | | | $0.00 | | | $25.23 | | $122.00 | | $677.58 | $2,074.00 | | |
| 11/14/2019 | $1,416.91 | Post | 8/1/19 | 7/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $677.58 | $2,074.00 | | |
| 11/14/2019 | | Pre | | | | $0.00 | | | $25.23 | | $122.00 | | $799.58 | $2,196.00 | | |
| 12/17/2019 | $1,416.91 | Post | 9/1/19 | 8/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $799.58 | $2,196.00 | | |
| 12/17/2019 | | Pre | | | | $0.00 | | | $25.23 | | $488.00 | | $1,287.58 | $2,684.00 | | |
| 1/14/2020 | $1,416.91 | Post | 10/1/19 | 9/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $1,287.58 | $2,684.00 | | |
| 1/14/2020 | | Pre | Pre-Petition Pmt Applied | 10/1/19 | | $0.00 | | | $25.23 | 5/1/2018 | $122.00 | $1,433.26 | -$23.68 | $2,806.00 | $512.18 | |
| 2/17/2020 | $1,416.91 | Post | 11/1/19 | 11/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | -$23.68 | $2,806.00 | | |
| 2/17/2020 | | Pre | | | | $0.00 | | | $25.23 escrow | | $122.00 | $24.64 | $73.68 | $2,928.00 | $24.64 | |
| 3/20/2020 | $1,416.91 | Post | 12/1/19 | 12/1/19 | $1,416.91 | $0.00 | | | $25.23 | | | | $73.68 | $2,928.00 | | |
| 3/20/2020 | | Pre | | | | $0.00 | | | $25.23 | | $122.00 | | $195.68 | $3,050.00 | | |
| 4/22/2020 | $1,416.91 | Post | 1/1/20 | 1/1/20 | $1,416.91 | $0.00 | | | $25.23 | | | | $195.68 | $3,050.00 | | |
| 4/22/2020 | | Pre | | | | $0.00 | | | $25.23 | | $122.00 | | $317.68 | $3,172.00 | | |
| 5/14/2020 | $1,416.91 | Post | 2/1/20 | 2/1/20 | $1,416.91 | $0.00 | | | $25.23 | | | | $317.68 | $3,172.00 | | |
| 5/14/2020 | | Pre | | | | $0.00 | | | $25.23 | | $436.16 | | $753.84 | $3,608.16 | | |
| 6/18/2020 | $1,416.91 | Post | 3/1/20 | 3/1/20 | $1,416.91 | $0.00 | | | $25.23 | | | | $753.84 | $3,608.16 | | |
| 7/22/2020 | $1,416.91 | Post | 4/1/20 | 4/1/20 | $1,416.91 | $0.00 | | | $25.23 | | | | $753.84 | $3,608.16 | | |
| 8/25/2020 | $1,416.91 | Post | 5/1/20 | 5/1/20 | $1,432.02 | -$15.11 | | $15.11 | $10.12 | | | | $753.84 | $3,608.16 | | |
| 9/18/2020 | $1,416.91 | Post | | | | $1,416.91 | $1,416.91 | | $1,427.03 | | | | $753.84 | $3,608.16 | | |
| 10/16/2020 | $1,416.91 | Post | 6/1/20 | 6/1/20 | $1,432.02 | -$15.11 | | $15.11 | $1,411.92 | | | | $753.84 | $3,608.16 | | |
| 11/19/2020 | $1,416.91 | Post | 7/1/20 | 7/1/20 | $1,432.02 | -$15.11 | | $15.11 | $1,396.81 | | | | $753.84 | $3,608.16 | | |
| 12/22/2020 | $1,416.91 | Post | 8/1/20 | 8/1/20 | $1,432.02 | -$15.11 | | $15.11 | $1,381.70 | | | | $753.84 | $3,608.16 | | |
| 2/23/2021 | $2,833.82 | Post | 9/1/20 | 9/1/20 | $1,432.02 | $1,401.80 | $1,401.80 | | $2,783.50 | | | | $753.84 | $3,608.16 | | |
| 2/23/2021 | | Post | 10/1/20 | 10/1/20 | $1,432.02 | -$1,432.02 | | $1,432.02 | $1,351.48 | | | | $753.84 | $3,608.16 | | |
| 3/24/2021 | $1,416.91 | Post | 11/1/20 | 11/1/20 | $1,432.02 | -$15.11 | | $15.11 | $1,336.37 | | | | $753.84 | $3,608.16 | | |
| 4/23/2021 | $1,416.91 | Post | 12/1/20 | 12/1/20 | $1,432.02 | -$15.11 | | $15.11 | $1,321.26 | | | | $753.84 | $3,608.16 | | |
| 6/18/2021 | $3,033.92 | Post | 1/1/21 | 1/1/21 | $1,432.02 | $1,601.90 | $1,601.90 | | $2,923.16 | | | | $753.84 | $3,608.16 | | |
| | | Post | 2/1/21 | 2/1/21 | $1,432.02 | -$1,432.02 | | $1,432.02 | $1,491.14 | | | | $753.84 | $3,608.16 | | |
| 7/28/2021 | $1,516.96 | Post | 3/1/21 | 3/1/21 | $1,432.02 | $84.94 | $84.94 | | $1,576.08 | | | | $753.84 | $3,608.16 | | |
| 9/15/2021 | $1,516.96 | Post | 4/1/21 | 4/1/21 | $1,432.02 | $84.94 | $84.94 | | $1,661.02 | | | | $753.84 | $3,608.16 | | |
| | | Post | 5/1/21 | 5/1/21 | $1,516.96 | -$1,516.96 | | $1,516.96 | $144.06 | | | | $753.84 | $3,608.16 | | |
| 11/1/2021 | $1,516.96 | Post | 6/1/21 | 6/1/21 | $1,516.96 | $0.00 | | | $144.06 | | | | $753.84 | $3,608.16 | | |
| 11/16/2021 | $1,516.96 | Post | 7/1/21 | 7/1/21 | $1,516.96 | $0.00 | | | $144.06 | | | | $753.84 | $3,608.16 | | |
| 12/17/2021 | $3,033.92 | Post | 8/1/21 | 8/1/21 | $1,516.96 | $1,516.96 | $1,516.96 | | $1,661.02 | | | | $753.84 | $3,608.16 | | |
| 12/17/2021 | | Post | 9/1/21 | 9/1/21 | $1,516.96 | -$1,516.96 | | $1,516.96 | $144.06 | | | | $753.84 | $3,608.16 | | |
| 2/1/2022 | $1,516.96 | Post | 10/1/21 | 10/1/21 | $1,516.96 | $0.00 | | | $144.06 | | | | $753.84 | $3,608.16 | | |
| 3/2/2022 | $1,516.96 | Post | 11/1/21 | 11/1/21 | $1,516.96 | $0.00 | | | $144.06 | | | | $753.84 | $3,608.16 | | |
| 4/6/2022 | $1,516.96 | Post | 12/1/21 | 12/1/21 | $1,516.96 | $0.00 | | | $144.06 | | | | $753.84 | $3,608.16 | | |
| 4/25/2022 | $1,516.96 | Post | 1/1/22 | 1/1/22 | $1,516.96 | $0.00 | | | $144.06 | | | | $753.84 | $3,608.16 | | |
| 5/24/2022 | $1,567.85 | Post | 2/1/22 | 2/1/22 | $1,516.96 | $50.89 | | | $194.95 adj | | | $545.72 | $208.12 | $3,608.16 | | |
| 7/12/2022 | $1,567.85 | Post | 3/1/22 | 3/1/22 | $1,516.96 | $50.89 | $50.89 | | $245.84 | | | | $208.12 | $3,608.16 | | |
| 7/12/2022 | $1,390.49 | | | | | $1,390.49 | $1,390.49 | | $1,636.33 | | | | $208.12 | $3,608.16 | | |
| 7/19/2022 | -$1,390.49 | Reversal | | | | -$1,390.49 | | $1,390.49 | $245.84 | | | | $208.12 | $3,608.16 | | Reversal as per NOTS 7/19/22 |
| pending | | Pre | | | | $0.00 | | | $245.84 late charge | | $36.84 | | $171.28 | $3,608.16 | | |
| pending | | Pre | | | | $0.00 | | | $245.84 corp | | $15.00 | | $156.28 | $3,608.16 | | |
| pending | | Pre | | | | $0.00 | | | $245.84 escrow | | $156.28 | | $0.00 | $3,608.16 | | |
| PENDING | $1,567.85 | Post | 4/1/22 | 4/1/22 | $1,516.96 | $50.89 | $50.89 | | $296.73 | | | | $0.00 | $3,608.16 | | |
| POST DUE | | Post | 5/1/22 | 5/1/22 | $1,567.85 | -$1,567.85 | | $1,567.85 | -$1,271.12 | | | | $0.00 | $3,608.16 | | |
| POST DUE | | Post | 6/1/22 | 6/1/22 | $1,567.85 | -$1,567.85 | | $1,567.85 | -$2,838.97 | | | | $0.00 | $3,608.16 | | |
| POST DUE | | Post | 7/1/22 | 7/1/22 | $1,567.85 | -$1,567.85 | | $1,567.85 | -$4,406.82 | | | | $0.00 | $3,608.16 | | |
| PPFN DUE | | PPFN | | | $900.00 | -$900.00 | | $900.00 | -$5,306.82 | | | | $0.00 | $3,608.16 | | |